**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| Faith Johnson, *on behalf of herself and all others similarly situated,* | : <br> : <br> : <br> : Civil Action No.: 3:22−cv−00237 |
| Plaintiff, | : |
| v. | : <br> : <br> : |
| Cellular South, Inc. d/b/a C Spire, | : <br> : |
| Defendant. | : |

**NOTICE OF DISMISSAL**

Faith Johnson ("Plaintiff"), by Plaintiff's attorney, hereby files this notice of voluntary

dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 27, 2022

                              Respectfully submitted,

        By:    */s/ Stephen Taylor*
                 Stephen Taylor, Esq.
                 LEMBERG LAW, L.L.C.
                 43 Danbury Road
                 Wilton, CT 06897
                 Telephone: (203) 653-2250
                 Facsimile:  (203) 653-3424
                 *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2022, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By ___/s/ Stephen Taylor___
Stephen Taylor