United States District Court
Southern District of Texas
**ENTERED**
October 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FAITH JOHNSON, *on behalf of herself and all others similarly situated*, | § § § § | |
| Plaintiff, | § § | |
| VS. | § | 3:22-cv-00237 |
| CELLULAR SOUTH, INC. d/b/a C SPIRE, | § § § § | |
| Defendant. | § | |

## ORDER GRANTING VOLUNTARY DISMISSAL

On October 27, 2022, Faith Johnson filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to her claims against Cellular South, Inc. d/b/a Spire. Dkt. 19. Accordingly, it is hereby ORDERED that all claims asserted by the plaintiff against the defendant in the above-captioned and numbered lawsuit are DISMISSED WITHOUT PREJUDICE to refiling. Each side to bear its own costs and fees.

All pending motions are dismissed as moot. Dkts. 17, 18.

Signed on Galveston Island on this 28th day of October, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE